NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE IPCOM GMBH & CO., KG,
*Petitioner.*

---

Miscellaneous Docket No. 972

---

On Petition for Writ of Mandamus to the United States District Court for the District of Columbia in case no. 08-CV-1897, Judge Rosemary M. Collyer.

---

## ORDER

IPCom GmbH & Co., KG submits a petition for a writ of mandamus to direct the United States District Court for the District of Columbia to vacate its order requiring IPCom to produce certain documents that IPCom asserts are privileged.

Upon consideration thereof,

IT IS ORDERED THAT:

HTC Corporation and HTC America, Inc. are directed to respond no later than December 17, 2010.

FOR THE COURT

DEC 0 3 2010 /s/ Jan Horbaly
Date Jan Horbaly
Clerk

cc: Mitchell G. Stockwell, Esq.
Michael A. Oblon, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK